IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR189 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| BYRON JONES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1.     Defendant's Motion to Restrict (Filing 61) is granted, and Defendant's Unopposed Motion to Reconsider Detention (Filing 62) shall be filed as restricted.

2.     A hearing on Defendant's Unopposed Motion to Reconsider Detention (Filing 62) is set before the undersigned United States district judge on Friday, February 17, 2017, at 12:30 p.m. in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present for the hearing unless excused by the court.

3.     The Clerk of Court shall immediately forward a copy of this order to the United States Marshal and the United States Probation and Pretrial Services Office.

DATED this 14th day of February, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge