IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>BYRON JONES,<br><br>                Defendant. | 8:13CR189<br><br>RELEASE ORDER |

The defendant is released subject to the following:

1) The defendant shall appear at his revocation hearing scheduled for March 24, 2017 at 10:00 a.m.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

a. The Defendant shall enter the substance abuse treatment program at the Williams Prepared Place in Omaha, Nebraska, remain and participate in such program and obey all rules of such program.

The U.S. Marshal Service is ordered to provide a 30 day supply of Defendant's current medications. The United States Marshal Service shall release defendant to the Federal Public Defender for transport to Williams Prepared Place on Thursday, February 23, 2017, at 8:30 a.m.

February 17, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge